IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: CR506-006 |
| DERRICK ALAN MELTON, a/k/a Derrick Antwon Melton, CLIFFORD MARTIN KING ISAAC BARBER ERIC DEWAYNE BONEY TETRINA LEE YOUNG | |
| Defendants. | |

### ORDER

The May 12, 2006, Order Setting Conditions of Release for **Clifford Martin** is hereby modified as follows:

> Said Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

> Said Defendant shall submit to testing to determine whether the Defendant is using a prohibited substance.

All other conditions set forth in said May 12, 2006, Order Setting Conditions of Release for **Clifford Martin** shall remain in full force and effect.

SO ORDERED, this 30th day of June, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)