IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC -8 P 3: 40

CLERK _L. LaVictoire_
SO. DIST. OF GA.

UNITED STATES OF AMERICA

v.

CASE NO.: CR506-006

DERRICK ALAN MELTON, a/k/a
 Derrick Antwon Melton,
CLIFFORD MARTIN
KING ISAAC BARBER
ERIC DEWAYNE BONEY
TETRINA LEE YOUNG

Defendants.

## ORDER

On December 7, 2006, Defendant Clifford Martin appeared, with counsel, for a hearing to determine whether his pretrial release should be modified or vacated due to allegations that he violated the conditions previously imposed. Martin, through counsel, advised the Court that he did not contest the allegations that he violated the conditions of his pretrial release. He also stated that he did not contest the entry of an order that he be detained, without bond, pending resolution of this case. Accordingly, IT IS HEREBY ORDERED that the Order Setting Conditions of Release for Defendant Martin is hereby vacated, and he shall be detained, without bond, pending resolution of this case.

SO ORDERED, this 8th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)